UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| Lajuana Lewis, on behalf of Herself and all others similarly situated,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>Exxon Mobil Corporation,  )<br><br>Defendant.  ) | Case Number: 04-2655 DV |

### ORDER OF DISMISSAL

Based on the parties' Joint Stipulation of Dismissal, *Lajuana Lewis v. Exxon Mobil Corporation,* Case Number 04-2655-DV, is hereby dismissed without prejudice, each party to bear his or its own costs and attorney's fees and expenses.

Done this  31  day of May 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02655 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

John E. Norris
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Shelia B. Renfroe
THE RENFROE LAW FIRM, PLLC
P.O. Box 770095
Memphis, TN 38177--009

D. Frank Davis
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Howard E. Jarvis
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Honorable Bernice Donald
US DISTRICT COURT